IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DALADIA L. HOLMES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:25-CV-775-RP |
| GVA PROPERTY MANAGEMENT, LLC, ANTONIA ISABEL REYES, & TRAVIS COUNTY, TEXAS | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Plaintiff Daladia L. Holmes's ("Plaintiff") complaints pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b), and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 8). In his report and recommendation, Judge Howell recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.* at 9). Judge Howell also recommends that the Court dismiss as moot Plaintiff's motion for appointment of counsel, (Dkt. 3), and motion to compel, (Dkt. 6). Plaintiff filed objections to the report and recommendation. (Dkt. 13). (*Id.*). Plaintiff also filed a Second Amended Complaint. (Dkt. 12).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. 28 U.S.C. § 636(b). Though Plaintiff's objections were not received timely by the Court, the Court nonetheless has reviewed his objections and the report and recommendation de novo. The Court has also reviewed Plaintiff's Second Amended Complaint, (Dkt. 12), which he filed after the Magistrate Judge's report

1

and recommendation was completed. Having reviewed the objections and Plaintiff's Second Amended Complaint, the Court overrules Plaintiff's objections and finds that his Second Amended Complaint does not cure the deficiencies found by the Magistrate Judge. The Court therefore adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 8), is **ADOPTED**. Plaintiff's claims under 42 U.S.C. § 1983 and under the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, are **DISMISSED WITH PREJUDICE**. Plaintiff's state-law claims for negligence and intentional infliction of emotional distress are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel, (Dkt. 3), Motion to Compel Compliance with Subpoena, For Order to Show Cause for Contempt, and For Costs (Dkt. 6), Application for Permission to File Electronically, (Dkt. 10), and Motion for Order to Show Cause, (Dkt. 11), are **DISMISSED AS MOOT**.

**SIGNED** on October 10, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE